# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M2 |
| Violation Number | F0I6000U |
| Officer Name | Harrison |
| Officer No. | 2618 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 10/14/2025 15:03 |
| Offense Charged | FED 36CFR261.10B |
| Place of Offense | Black Bear Campground |
| Offense Description: Factual Basis for Charge | Residing on national forest lands. |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Luby | Mark | W |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 201 East Broadway St, Missoula, Montana 59802 | 12/04/2025 |
| | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F0I6000U

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     10/14/2025     while exercising my duties as a law enforcement officer in the                 District of     MT    

At approximately 1500 hours, I found Mark W. LUBY to be in Violation of 36 CFR 261.10(b) occupying a residence on National Forest Lands unless authorized.

While on patrol on the Darby Ranger District, on October 10, 2025, at approximately 1930hrs while involved with a separate investigation I spoke with LUBY at the Black Bear Campground. He stated in summary that he had no residence but lived on his customers' properties and camped. He was going to post an advertisement on a website to try get work. I informed LUBY of the stay limits on National Forest Lands.
On October 14, 2025, I stopped in front of LUBY's site. Before I exited my truck he approached my vehicle. I spoke with LUBY at the same site within Black Bear Campground as previously. He stated in summary that he did not live or reside on National Forest Lands, but that he currently had no other place where he lived or that was his residence. LUBY spoke in a loud tone and appeared agitated. I informed LUBY of the laws prohibiting the residential use of National Forest Lands. When asked where he lived LUBY stated "I do not live, I do not reside." He provided general delivery in Hamilton MT as his mailing address. He said that he did not have a phone number but provided an email.
I issued LUBY a citation for 36 CFR 261.10(b) occupying a residence on National Forest Lands unless authorized. I explained LUBY's options for taking care of the citation and included the court information for his reference. I instructed him to contact CVB to confirm his court date if he decided to take it to court.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    10/14/2025
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident