Heading South ???     Who's taking care of things while you're away ???

# CONSTANT CARETAKING™

**MARK WALLACE**
Property Caretaker

## Secure 24/7 Home/Ranch Care
Winter Season, Long-Term Property Caretaking

Contact Mark:
**takingcare@4securemail.com**

tabbies® DEFENDANT'S EXHIBIT