IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | 9:25-PO-5128-KLD |
|---|---|
| Plaintiff, | |
| | Violation No. F0I6000U |
| vs. | Location Code: M2 |
| | Disposition Code: TD |
| MARK W. LUBY, | |
| | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

On January 26, 2026, Defendant Mark W. Luby appeared before the Court for a bench trial on the above-reference violation notice charging him with Residing on National Forest Lands in violation of 36 C.F.R. § 261.10B.

Based on the testimony and evidence presented at trial, it is the judgment of the Court that Defendant is NOT GUILTY of the charge set forth in the violation notice and this matter is DISMISSED.

DATED this 26th day of January, 2026.

Kathleen L. DeSoto
United States Magistrate Judge